UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2017

Antonio Calero, Luis Eduardo Ortiz, and Santiago Galvez Estrada, on behalf of themselves and all other persons similarly situated,

            Plaintiffs,

- against -

B. Wingers, Inc. d/b/a Best Wingers, Best Wingers LLC, Amgad Elhossieni, and John Does #1-10,

            Defendants.

**DEFAULT JUDGMENT**

16 Civ. 6258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This action having been commenced on August 7, 2016 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having being served on Defendant B. Wingers, Inc. d/b/a Best Wingers by leaving the documents at its principal place of business, 711 2nd Avenue, New York, New York 10016, on August 16, 2016, with Defendant's general agent who was authorized to accept the documents on Defendant's behalf, and proof of service having being filed with the District Court on August 24, 2016; and a copy of the Summons and Complaint having been served on Defendant Best Wingers LLC by leaving the documents at its principal place of business, 711 2nd Avenue, New York, New York 10016, on August 16, 2016, with Defendant's general agent who was authorized to accept the documents on Defendant's behalf, and by sending the documents via first class mail to Defendant's principal place of business on August 17, 2016, and proof of service having been filed with the District Court on August 31, 2016; and a copy of the Summons and Complaint having been served on Defendant Amgad Elhossieni by leaving the documents at Defendant's place of

business in New York, namely B. Wingers, Inc. d/b/a Best Wingers, located at 711 2nd Avenue, New York, New York 10016, with a person of suitable age and discretion on August 16, 2016, and by sending the documents via first class mail to his actual place of business on August 17, 2016, and proof of service having been filed on August 24, 2016; and Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiffs have judgment against Defendants in the liquidated amount of **$105,135.14**, as follows: (a) Plaintiff Antonio Calero: $32,399.43; (b) Plaintiff Santiago Galvez: $23,331.43; (c) Plaintiff Luis Eduardo Ortiz: $11,713.71; (d) Plaintiff Patricio Melchor: $15,070.57; (e) Plaintiff Pablo Ruiz: $22,620.00; plus attorneys' fees, costs and disbursements of this action in the amount of **$10,135.50**, amounting in all to **$115,270.64**.

Dated: New York, New York
      May 12, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge